879 P.2d 558

# SUPREME COURT OF HAWAI'I

Greenwell v. Bd. of Education .... 16008      7/18/94      Affirmed

Calleon v. Miyagi ................ 16261      7/15/94      Granted      876 P.2d 1278

Sentinel Ins. Co., Ltd. v. First Ins.
  Co. of Hawai'i, Ltd. ............ 16499      6/24/94      Granted      875 P.2d 894

State v. Nakata; State v. Lau; State
  v. Daoang ..................... 17317      8/18/94      Denied       878 P.2d 699

State v. Bolosan ................. 15993      6/6/94       Denied       —— P.2d ——

State v. Bolosan ................. 15993      6/6/94       Granted      —— P.2d ——

State v. Iosefa .................. 16217      7/21/94      Granted      880 P.2d 1224